UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 7-10726
                                                     Chapter 7
BETTY PETTIE HOLLAND,

    Debtor.


WILLIAM C. CARN, III,                                Adv. Pro. No. 07-1111
CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

BETTY PETTIE HOLLAND,

    Defendant.


## MEMORANDUM DECISION

This Adversary Proceeding is before the Court upon the Trustee's motion for default judgment. (Doc. 10). The Trustee filed this Adversary Proceeding to recover property of the estate, a 2001 Dodge Durango identified in the Debtor's schedules, and to revoke the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2)(B). In the Debtor's schedules, she listed that she only had a one-half ownership interest in the vehicle. However. It was subsequently determined that a divorce decree gave the Debtor full ownership of the vehicle, making it property of the bankrupt estate. When the Trustee was unable to contact the Debtor to either secure possession of the vehicle or work out a payment arrangement for the non-exempt equity, he filed this Adversary Proceeding. The record reflects that service of process was made on both the Debtor and her attorney

of September 10, 2007.  (Docs. 3, 4).  No answer has been filed nor has an appearance been made.  The Court will enter judgment by default on a separate document.

Done this the 28th day of November, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge